# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| EDELBROCK, LLC, | CASE NO. 1:19-CV-01502-DAD-EPG |
| Plaintiff, | **ORDER GRANTING STIPULATED EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| WHIPPLE INDUSTRIES, INC. d/b/a/ WHIPPLE SUPERCHARGERS | Complaint Filed: October 23, 2019 |
| Defendant. | (ECF NO. 11) |

Pursuant to the parties' stipulation (ECF No. 11), Defendant WHIPPLE INDUSTRIES, INC. DBA WHIPPLE SUPERCHARGERS shall have up to and including January 3, 2020 to answer or otherwise respond to Plaintiff EDELBROCK, LLC's Complaint.

IT IS SO ORDERED.

Dated: **November 26, 2019**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

1
ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT