UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELBROCK, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>WHIPPLE INDUSTRIES, INC.,<br><br>            Defendant. | Case No.  1:19-cv-01502-DAD-EPG<br><br>ORDER GRANTING STIPULATION TO STAY CASE PENDING REEXAMINATION<br><br>(ECF No. 67) |

Pursuant to the parties' Stipulation to Stay Case Pending Reexamination (ECF No. 67), and for good cause shown,

IT IS HEREBYORDERED that:

1. This lawsuit, including all discovery, is STAYED pending final resolution of the current reexamination of the '481 Patent through issuance of a Reexamination Certificate;

2. Within seven days after the USPTO issues a Reexamination Certificate, the parties shall provide a joint status report advising the Court of the issuance of a Reexamination Certificate and providing a copy thereof;

3. Within twenty-one days after the USPTO issues a Reexamination Certificate, the Parties shall file a joint status report advising the Court of the parties' proposal(s) for rescheduling the remainder of this lawsuit or otherwise terminating the lawsuit;

4. Within six months of entry of this order, if the USPTO has not yet issued a Reexamination Certificate, the parties shall file a joint status report advising the Court of the status of Reexamination; and

5. The Court reserves the right to lift the stay to the extent there is undue delay with the reexamination.

IT IS SO ORDERED.

Dated: __April 26, 2021__         /s/ *Erica P. Grosjean*
                                 UNITED STATES MAGISTRATE JUDGE