UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELBROCK, LLC, | Case No. 1:19-cv-01502-DAD-EPG |
| Plaintiff, | |
| v. | ORDER LIFTING STAY |
| WHIPPLE INDUSTRIES, INC., | (ECF Nos. 69, 71) |
| Defendant. | |

On April 26, 2021, pursuant to the parties' stipulation, the Court entered an order staying this case pending final resolution of the USPTO's reexamination of the '481 Patent through issuance of a Reexamination Certificate. (ECF No. 69.)

On October 1, 2021, the parties filed a Joint Status Report indicating that the USPTO issued an Ex Parte Reexamination Certificate for the '481 Patent on September 10, 2021. (ECF No. 71.) The parties subsequently engaged in settlement discussions, reached a settlement in principle, and are negotiating a formal settlement agreement. (*Id.*) The parties anticipate finalizing their settlement agreement and dismissing the case within thirty (30) days. (*Id.*) The parties request that the Court lift the stay in the interim. (*Id.*)

The Court will grant the parties' request to lift the stay, construe the parties' Joint Status Report as a notice of settlement pursuant to Local Rule 160, and set a deadline for the parties to file appropriate dismissal documents. The parties may request a further extension of the dismissal

deadline if necessary by filing a written request supported by good cause. *See* E.D. Cal. L.R. 160(b).

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. The stay of this case (ECF No. 69) is lifted; and
2. In light of the parties' notice of settlement (ECF No. 71), the Court vacates any and all deadlines and hearings currently pending before the Court. The parties shall file appropriate dismissal documents no later than thirty days from the date of entry of this order.

IT IS SO ORDERED.

Dated: **October 4, 2021**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE