UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELBROCK, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WHIPPLE INDUSTRIES, INC., <br><br> Defendant. | Case No. 1:19-cv-01502-DAD-EPG <br><br> ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION <br><br> (ECF No. 73) |

The parties have filed a stipulation to dismiss this entire action. (ECF No. 73.) The parties have agreed to dismiss all claims arising out of actions occurring before September 10, 2021 with prejudice, and any claims arising out of actions occurring on or after September 10, 2021 without prejudice. (*Id.*) In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **November 2, 2021**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE